486-14/MEU
FREEHILL HOGAN & MAHAR, LLP
*Attorneys for Defendant in rem*
**M/T AMAZON**
*and Defendant quasi in rem*
**JASPER EXPORTING LTD.**
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 (Fax)
Michael E. Unger, Esq.

MAR 23 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AEGEAN BUNKERING (USA) LLC,

      Plaintiff,

  v.

M/T AMAZON (IMO 9476654), its
engines, tackle and apparel,

Certain Bunkers FO 500 CST aboard
or loaded aboard the M/T AMAZON,
      Defendants *in rem*,

BERGEN BUNKERS, AS

JASPER EXPORTING LTD.,
      Defendants *quasi in rem*,
 and

The Master of the M/T AMAZON,
      Garnishee,
-----------------------------------------------------------X
JASPER EXPORTING LTD.,
    Third-Party Interpleader Plaintiff,
  v.

O.W. BUNKER MALTA, LTD. and ING BANK N.V.,
    Third-Party Interpleader Defendants.
-----------------------------------------------------------X

14   Civ.   9447 (KBF)

**RESTRAINING ORDER**

  **WHEREAS**, this Rule 9(h) maritime matter comes before the Court on the application of

Defendant/Interpleader-Plaintiff Jasper Exporting Limited (hereinafter "Jasper"), as owner of the

431062.1

vessel M/T AMAZON (hereinafter "the Vessel"), for a restraining order pursuant to 28 U.S.C. §1335 and §2361 of the Federal Interpleader Act; and

**WHEREAS**, the Court has considered Jasper's application, the accompanying Memorandum of Law and the documents filed in this action; and

**WHEREAS**, Jasper has established the procedural prerequisites of 28 U.S.C. §1335 and the Court finds that the funds to be deposited by Jasper are sufficient for purposes of §1335 and for securing the competing claims for the payment of the marine bunkers at issue; and

**WHEREAS**, the Court finds that a restraining order is justified to protect the interests of Jasper and the Vessel from multiple proceedings for the same claims; and

**WHEREAS** the application by Jasper is without prejudice to its position that the claimants do not have a maritime lien on the Vessel and all rights to challenge any such lien being reserved by Jasper:

**IT IS HEREBY ORDERED** that the named Interpleader-Defendants/claimants in this action are restrained and enjoined from instituting or prosecuting any action or proceeding affecting the property and res involved in this action of interpleader, including but not limited to any action or proceeding to arrest, attach, or otherwise restrain property owned by Jasper including but not limited to the M/T AMAZON or any vessel in the associated ownership of Jasper; and

**IT IS FURTHER ORDERED** that Jasper shall serve a copy of this Order along with its Amended Answer, Counterclaim, Cross-claim, and Third-Party Complaint for Interpleader in this action on each Interpleader-Defendant; and

**IT IS FURTHER ORDERED** that due to the urgency of the situation, such service shall be made by email, fax, or Federal Express pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure and such notice shall be deemed good and sufficient; and

**IT IS FURTHER ORDERED** that any claimant may, upon proper motion allowing adequate time for briefing, request that this Order be set aside or modified.

SO ORDERED, this 23rd day of March 2015.

_/s/ K.B. Forrest_

United States District Judge, S.D.N.Y.

431062.1