# EXHIBIT D



# AEGEAN BUNKERING (USA) LLC

### 299 Park Avenue, 2nd Floor, New York, NY 10171 USA

## ORIGINAL INVOICE

**BILL TO:          ACCOUNT NO:**
BERGEN BUNKERS AS
TORGALLMENNINGEN 9
BERGEN, BE 5807

| **INVOICE DATE:** | **INVOICE NUMBER:** |
|---|---|
| 10/31/2014 | P0001239SF |

**WIRE TRANSFER TO:**
**BANK NAME:** WELLS FARGO
ADDRESS (CITY STATE): SAN FRANCISCO, CA
ABA #: 121000248 SWIFT: WFBIUS6S
ACCOUNT NAME: ABN AMRO CAPITAL USA LLC
ACCOUNT NUMBER: 4122099799
FURTHER CREDIT:HOUSE ACCOUNT A/C: 45000906
REFERENCE: AEGEAN BUNKERING (USA) LLC

**SHIP TO:**
BERGEN BUNKERS AS

**LOAD:** PENNSAUKEN

**DLVD:** PHILADELPHIA

**SHIP VIA:** DS34

**PO:** 182158788

**TERMS:** NET  30 DAYS FROM SHIP DATE

| ITEM DESCRIPTION | SHIP DATE | QUANTITY | UNIT | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|---|---|
| CPHY_15311     BUNKER FO 500 CST | 10/31/2014 | 2100.87 | MT | 460.00 | 966,400.20 |
| FUEL SURCHARGE | | | | | 3,283.00 |
| BOOMING CHARGE | | | | | 300.00 |
| BARGING | | | | | 11,725.00 |
| | | | | USD | 981,708.20 |



VESSEL: AMAZON

TOTAL AMOUNT DUE BY: 12/01/2014

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with the
provisions of the Fair Labor Standards Act of 1938, as amended, and with regulation and orders of the U.S. Dept. of Labor issued under Section 14 thereof.
AHC 3403A

**THANK YOU FOR CHOOSING AEGEAN BUNKERING (USA) LLC AS YOUR ENERGY SUPPLIER!**