# EXHIBIT 5

Suite 10, Seventeen Centre, Bank Lane
Freeport, Grand Bahama P.O. Box F-43018
Bahamas
Phone: +242 352 6112
Email: info@parriswhittaker.com

# PARRISWHITTAKER
COUNSEL & ATTORNEYS·AT·LAW

**Aegean Bunkering (USA) LLC**
299 Park Avenue 2nd Floor
NY 10171
United States

# Invoice 21353

| Date | Nov 26, 2014 |
|---|---|
| Terms | Net 30 |
| Service Thru | Nov 26, 2014 |

**In Reference To: MV Amazon (Services)**

| Date | By | Services | Hours | Amount |
|---|---|---|---|---|
| 11/14/2014 | KPW | **A101 - Plan and prepare for:** -Telephone conference with counsel re: Possible arrest<br>-Conducting conflict search<br>-Receipt and review of various documents and detailed email<br>-Consideration of documents for purposes of drafting advice<br>-Drafting advice | 6.75 | BSD 2,700.00 |
| 11/15/2014 | KPW | **A101 - Plan and prepare for:** -Receipt, review and consideration of various emails from Counsel<br>-Tracking of vessel, telephone conference with various agents and terminal facility<br>-Telephone conference with Admiralty Marshall | 0.50 | BSD 200.00 |
| 11/16/2014 | KPW | **A101 - Plan and prepare for:** -Receipt, review and consideration of various correspondence from Counsel<br>-Drafting of Claim form and arrest documents | 8.25 | BSD 3,300.00 |

*20,088.69*

Invoices not paid in full within 30 days from the date of issue will be subject to an interest rate of 1.5% per month.

Page 1

Suite 10, Seventeen Centre, Bank Lane
Freeport, Grand Bahama P.O. Box F-43018
Bahamas
Phone: +242 352 6112
Email: info@parriswhittaker.com

# PARRIS WHITTAKER
COUNSEL & ATTORNEYS·AT·LAW

**Aegean Bunkering (USA) LLC**
299 Park Avenue 2nd Floor
NY 10171
United States

# Invoice 21353

| Date | Nov 26, 2014 |
|---|---|
| Terms | Net 30 |
| Service Thru | Nov 26, 2014 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2014 | KPW | **A101 - Plan and prepare for:** -Finalizing documents<br>-Drafting Submissions in support of arrest<br>-Telephone conference with terminal<br>-Receipt, review and consideration of Lloyd's list intelligence report<br>-Telephone conference with Client<br>-Receipt, review and consideration of additional documents from clients, amending Affidavit<br>-Preparing Bundles of Submissions and Affidavit<br>-Telephone conference with Admiralty Marshall arranging flights and accommodations<br>-Attending hearing before Longley J on application to arrest vessel<br>-Drafting Warrant for arrest and request for arrest<br>-Telephone conference with Admiralty Marshall<br>-Telephone conference with client re: Arrest<br>-Drafting and forwarding email correspondence | 3.75 | BSD 1,500.00 |
| 11/18/2014 | JW | **A111 - Other:** various telephone conferences and attendances with Admiralty Marshall | 4.25 | BSD 1,700.00 |
| 11/18/2014 | KPW | **A101 - Plan and prepare for:** -Drafting and forwarding email to Client re: Arrest<br>-Receipt, review and consideration of correspondence from Mark Hope<br>-Drafting and forwarding email corespondence requesting instructions<br>-Telephone conference with Mark Hope<br>-Telephone conference with Electra Panayotopoulos<br>-Drafting various email correspondence to Mark Hope | 1.00 | BSD 400.00 |
| 11/19/2014 | KPW | **A101 - Plan and prepare for:** -Telephone conference with Electra Panayotopoulos<br>-Drafting email correspondence to Mark Hope<br>-Drafting Praecipe for Release, Release and Order for Release | 2.75 | BSD 1,100.00 |

Invoices not paid in full within 30 days from the date of issue will be subject to an interest rate of 1.5% per month.

Suite 10, Seventeen Centre, Bank Lane
Freeport, Grand Bahama P.O. Box F-43018
Bahamas
Phone: +242 352 6112
Email: info@parriswhittaker.com

# PARRISWHITTAKER
COUNSEL & ATTORNEYS·AT·LAW

**Aegean Bunkering (USA) LLC**
299 Park Avenue 2nd Floor
NY 10171
United States

# Invoice 21353

| Date | Nov 26, 2014 |
|---|---|
| Terms | Net 30 |
| Service Thru | Nov 26, 2014 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/2014 | KPW | **A101 - Plan and prepare for:** -Receipt, Review and Consideration of correspondence from M. Hope<br>-Receipt, Review and Consideration of correspondence from Electra | 0.75 | BSD 300.00 |
| 11/21/2014 | KPW | **A101 - Plan and prepare for:** -Receipt, Review and Consideration of various emails<br>-Telephone conference with MH & Electra<br>-Telephone conference with AM<br>-Drafting release documents<br>-Drafting responses to the same | 3.75 | BSD 1,500.00 |
| 11/22/2014 | KPW | **A101 - Plan and prepare for:** -Receipt, Review and Consideration of various draft letter of undertaking<br>-Receipt, Review and Consideration of correspondence from M.H<br>-Receipt, Review and Consideration of correspondence from Electra<br>-Various Telephone Conferences<br>-Drafting responses to the same | 2.25 | BSD 900.00 |
| 11/23/2014 | KPW | **A101 - Plan and prepare for:** -Receipt, Review and Consideration of various emails and attachements<br>-Drafting responses to the same | 1.00 | BSD 400.00 |
| 11/24/2014 | KPW | **A101 - Plan and prepare for:** -Receipt, Review and Consideration of draft letter of undertaking<br>-Receipt, Review and Consideration of email from Electra<br>-Attending hearing before Justice Longley<br>-Telephone conference with Mark<br>-Drafting responses and update on hearing<br>-Telephone conference with AM<br>-Telephone conference with court re:Order for release | 3.75 | BSD 1,500.00 |

**In Reference To: MV Amazon (Expenses)**

Invoices not paid in full within 30 days from the date of issue will be subject to an interest rate of 1.5% per month.

Suite 10, Seventeen Centre, Bank Lane
Freeport, Grand Bahama P.O. Box F-43018
Bahamas
Phone: +242 352 6112
Email: info@parriswhittaker.com

# PARRISWHITTAKER
COUNSEL & ATTORNEYS·AT·LAW

**Aegean Bunkering (USA) LLC**
299 Park Avenue 2nd Floor
NY 10171
United States

## Invoice 21353

| Date | Nov 26, 2014 |
|---|---|
| Terms | Net 30 |
| Service Thru | Nov 26, 2014 |

| Date | By | Expenses | Amount |
|---|---|---|---|
| 11/17/2014 | CH | **E100 - Expenses:** Filing Arrest Documents-MV Amazon | BSD 300.00 |
| 11/17/2014 | CH | **E100 - Expenses:** Admiralty Marshall Overnight Stay to arrest vessel | BSD 158.20 |
| 11/17/2014 | CH | **E100 - Expenses:** Airfare for Admiralty Marshall to arrest vessel | BSD 181.35 |
| 11/17/2014 | CH | **E100 - Expenses:** Per diem for Admiralty Marshall to arrest vessel | BSD 150.00 |
| 11/24/2014 | CH | **E100 - Expenses:** Airfare for Admiralty Marshall to release vessel | BSD 181.35 |
| 11/24/2014 | CH | **E100 - Expenses:** Admiralty Marshall Overnight Stay to release vessel | BSD 158.20 |
| 11/24/2014 | CH | **E100 - Expenses:** Per diem for Admiralty Marshall to release vessel | BSD 150.00 |
| 11/26/2014 | CH | **E100 - Expenses:** Bank Conversion Charges | BSD 95.00 |
| 11/26/2014 | CH | **E100 - Expenses:** Photocopies | BSD 60.00 |

| | |
|---|---|
| **Total Services** | BSD 15,500.00 |
| **Total Expenses** | BSD 1,434.10 |
| **Total Invoice Amount** | BSD 16,934.10 |
| **Invoice Amount After (10.00%) Discount** | **BSD 15,240.69** |
| **Balance (Amount Due)** | **BSD 15,240.69** |

Invoices not paid in full within 30 days from the date of issue will be subject to an interest rate of 1.5% per month.

**Subject:** MV "AMAZON" - WITHOUT PREJUDICE
**Attachments:** 165502.PDF

**From:** Kenra Parris-Whittaker [mailto:kw@parriswhittaker.com]
**Sent:** Wednesday, November 26, 2014 3:53 AM
**To:** Electra Panayotopoulos
**Subject:** MV "AMAZON" - WITHOUT PREJUDICE

Dear Electra,

Please find attached the Admiralty Marshal's costs of the arrest. The total as provided on the document labelled 165502.pdf is $9,848.

There is an extra 0 included on the last figure of this invoice please ignore this.

Kind regards,
Kenra



*Admiralty Marshall*
*P.O. Box N-8175*
*Phone: (242) 322-8832*
*Fax: (242) 322-5545*
*Nassau, Bahamas*

Your Ref:

Our Ref: AM/3/14

25th November, 2014

Parris Whittaker
Counsel & Attorneys-at-Law
Suite 10 Seventeen Centre
P. O. Box F-43018
Freeport, Grand Bahama
Bahamas

Dear Sir/Madam,

### RE: M/V AMAZON – BILL OF COST

Please find below the Admiralty Marshal Bill of Cost relative of arrest of the "M/V AMAZON".

| ITEMS | COSTS $ |
|---|---|
| Admiralty Marshal Statutory Fee | 2,000.00 |
| **TOTAL** | **$2,000.00** |
| Please make the cheque for the above mentioned Admiralty Marshal expenses payable to the **Public Treasury** | |
| Security Fees (Bahamas Maritime Connexion) | $3,258.00 |
| Freeport Harbour Company | $3,240.00 |
| Executive Marine Management | $1,3500.00 |

Yours sincerely,

Commander Patrick McNeil
Admiralty Marshall