UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Aegean Bunkering (USA) LLC,

        Plaintiff,

        v.

M/T AMAZON (IMO 9476654), its
engines, tackle and apparel, *et al.*,

        Defendants and Garnishee.

14 CV 9447(KBF)
ECF Case

**MOTION FOR
SUMMARY JUDGMENT**

---

    Plaintiff / Interpleader-Defendant Aegean Bunkering (USA) LLC ("Aegean") moves, pursuant to Fed. R. Civ. P. 56, for summary judgment. As the accompanying Memorandum of Law confirms, affidavit of Emmanouil Chochlakis, and Local Rule 56.1 Statement of Material Facts confirm, the material facts are not in dispute and judgment in favor of Aegean is proper as a matter of law and equity.

    For the reasons set forth therein, the Court should now grant summary judgment in favor of Aegean and order payment to Aegean from the Court's Registry at least as follows: $981,708.20 for the principal amount due, plus $20,088.69 in contractual costs, plus maritime prejudgment interest of $242.07 per day calculated at 9% per annum from December 2, 2014 through the date of judgment, and if determined against Bergen, in the alternative, prejudgment

/

/

/

/

interest as determined at Aegean's 2% contractual rate.

Dated: March 4, 2016.

                                      Respectfully Submitted,

                                      /s/ J. Stephen Simms
                                      J. Stephen Simms
                                      John T. Ward
                                      Marios J. Monopolis
                                      Simms Showers LLP
                                      201 International Circle, Suite 250
                                      Baltimore, Maryland 21030
                                      Telephone: 410-783-5795

                                      Counsel for Aegean

## **CERTIFICATE OF SERVICE**

      I certify that on March 4, 2016 a copy of the foregoing was served upon counsel of record by operation of the ECF system.

                                      /s/ J. Stephen Simms