WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°△
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†△
BARBARA G. CARNEVALE*
JAN P. GISHOLT†
SUSAN LEE*
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*

\*  ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA
◊ ALSO ADMITTED IN PENNSYLVANIA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

December 19, 2016

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813
_____

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377
_____

OF COUNSEL
PATRICK J. BONNER

Our Ref: 486-14/MEU

**Via ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      RE:    AEGEAN BUNKERING (USA) LLC v. M/T AMAZON, *et al*.
            14 Civ. 9447 (KBF)

Dear Judge Forrest:

      We represent the Defendant *in rem* M/T AMAZON ("the Vessel") and Defendant *quasi in rem*/Interpleader-Plaintiff Jasper Exporting Ltd. ("Jasper") in the above-captioned action. We write on a joint-basis with counsel for ING Bank N.V. ("ING") to inform the Court that the parties have reached a settlement in this action and have accordingly entered into a Confidential Settlement Agreement.

      Attached hereto is a Stipulation entered into by the parties confirming the entry of the Confidential Settlement Agreement. Also attached hereto is a Proposed Final Judgment that the parties respectfully request the Court approve. Upon receiving the Court's approval of the Proposed Final Judgment the parties will proceed to file same with the Orders & Judgments Clerk.

      We thank the Court for its consideration.

460506.1

                                            Respectfully submitted,
                                            FREEHILL, HOGAN & MAHAR LLP

                                            /s/ Michael E. Unger

                                            Michael E. Unger

MEU/cm

Cc: All counsel of record via ECF

460506.1